**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jacalyn Ragan, | Civil No. 11-108 (RHK/FLN) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ARS National Services, Inc., a/k/a Associated Recovery Systems, *a foreign corporation*, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation (Doc. No. 5), **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 3, 2011

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge